UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HSBC MEXICO, S.A., INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO HSBC, DIVISION FIDUCIARIA, AS TRUSTEE OF TRUST F/311022 MMREIT INDUSTRIAL TRUST III,<br><br>Plaintiff,<br><br>-v-<br><br>MATCOR-MATSU USA, INC.,<br><br>Defendant. | 26 Civ. 3922 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 14, 2026, defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 14. The parties previously stipulated to a briefing schedule for such motion, Dkt. 12, which the Court approved, Dkt. 13.

Accordingly, it is hereby ORDERED that plaintiff shall file any opposition to the motion to dismiss by September 25, 2026. Defendant's reply, if any, shall be filed by October 16, 2026. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 17, 2026
New York, New York